# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TERRY JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:05-CV-2386 CAS |
| v. ) | |
| ) | |
| SAMUEL SIMON, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

This action was commenced by plaintiff Terry Johnson by his application to proceed in forma pauperis filed December 27, 2005. At that time, plaintiff was an inmate at the St. Louis Medium Security Institution in St. Louis, Missouri.

The record reflects that copies of the order directing plaintiff to file a motion for entry of default by the Clerk of the Court as to defendant Jim Murphy were mailed to plaintiff at his address of record on July 13, 2006. The order was returned to the Clerk of the Court on August 14, 2006 with the notation "Refused." (See Doc. 21). Two other orders have also been returned to the Clerk of the Court marked "Refused" and "No Longer an Inmate at this Facility." (See Docs. 23, 25). Since these mailings, the Clerk has not been advised of plaintiff's current address.

Local Rule 2.06(B) provides,

Every pro se party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address. If any mail to a pro se plaintiff or petitioner is returned to the Court without a forwarding address and the pro se plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

E.D.Mo. L.R. 2.06(B).

Because plaintiff has not advised the Court of any change in address since August 14, 2006, and more than thirty days has passed since that date,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 19th day of September, 2006.